[No. 32129-1-III. Division Three. January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS L. HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00170-6, Tari S. Eitzen, J., entered December 12, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32559-8-III. Division Three. January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW S. GAROUTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00420-1, John D. Knodell III, J., entered June 10, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Lawrence-Berrey, J., and Brown, J. Pro Tem.

[No. 72141-1-I. Division One. February 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN MORRIS-WOLFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12301-7, Dean Scott Lum, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.

[No. 72495-9-I. Division One. February 1, 2016.]

MARK L. BESOLA, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-24470-5, Mary E. Roberts, J., entered September 12, 2014. *Dismissed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.